1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11   ANTHONY WAYNE OLIVER,               Case No. 2:20-cv-00807-TJH-AFM

12                    Petitioner,

13          v.                          **JUDGMENT**

14   C. KOENIG, Warden,

15                    Respondent.

16

17          This matter came before the Court on the Petition of ANTHONY WAYNE

18   OLIVER, for a writ of habeas corpus.  Having reviewed the Petition and supporting

19   papers, and having accepted the findings and recommendation of the United States

20   Magistrate Judge,

21          IT IS ORDERED AND ADJUDGED that the Petition is denied and the action

22   is dismissed with prejudice.

23

24   DATED:  JANUARY 28, 2021

25
26   _____
                              TERRY J. HATTER, JR.
27                    SENIOR UNITED STATES DISTRICT JUDGE

28